DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
KEVIN CHARLES CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00550-EFB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) AND EXCLUDE TIME |
| | ) |
| KEVIN CHARLES CAMPBELL, | ) |
| | ) Date: May 1, 2012 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for KEVIN CHARLES CAMPBELL, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing on March 12, 2012 at 2:00 p.m. and set the trial confirmation hearing for April 9, 2012 at 10:00 a.m., and that the Court vacate the jury

trial for March 27, 2012 at 9:30 a.m. and set the jury trial for May 1, 2012 at 9:30 a.m.

This continuance is requested because the parties are in the process of investigation and need more time to prepare. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the trial confirmation hearing which is set for April 9, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section § 3161(h)(7)(A).

Dated: March 7, 2012

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Linda C. Harter
          LINDA C. HARTER
          Chief Assistant Federal Defender
          Attorney for Defendant
          KEVIN CHARLES CAMPBELL

          /s/ David J. Gallegos
          DAVID J. GALLEGOS
          Certified Student Attorney

Dated: March 7, 2012          BENJAMIN B. WAGNER
          United States Attorney

          /s/ David Petersen
          DAVID PETERSEN
          Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 8, 2012.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE